1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN DUANE HICKMAN,                        No.  2:18-cv-02967-KJM-CKD P

12                    Petitioner,

13           v.                                   ORDER

14    PEOPLE OF STATE OF CALIFORNIA,

15                    Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On December 5, 2022, the magistrate judge filed findings and recommendations, which

21    were served on petitioner and which contained notice to petitioner that any objections to the

22    findings and recommendations were to be filed within fourteen days.  ECF No. 52.  Petitioner has

23    filed objections to the findings and recommendations.  ECF No. 53.

24           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having reviewed the file, the court finds the

26    findings and recommendations to be supported by the record and by the proper analysis.

27           Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the court has

28    considered whether to issue a certificate of appealability.  Before petitioner can appeal this

                                                    1

decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

Where the petition is denied on the merits, a certificate of appealability may issue under 28

U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a

constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of

appealability indicating which issues satisfy the required showing or must state the reasons why

such a certificate should not issue. *See* Fed. R. App. P. 22(b). Where the petition is dismissed on

procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that

jurists of reason would find it debatable whether the district court was correct in its procedural

ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid

claim of the denial of a constitutional right.'" *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir.

2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 478 (2000)). For the reasons set forth in the

magistrate judge's findings and recommendations, the court finds issuance of a certificate of

appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2022, ECF No. 52, are adopted

in full.

2. Petitioner's application for a writ of habeas corpus is denied.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C.

§ 2253.

4. The Clerk of Court is directed to close this case.

DATED: January 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE